IN RE: WEBRE, KENNETH
WEBRE, GWENDOLYN

CASE NO. 10-13629

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS        111
                          60-249/433
TID #380470               12
Ronald J. Hof             3447
9905 Jefferson Hwy.
River Ridge LA 70123

| Case | Debtor |
|---|---|
| 10-13629 B | WEBRE, KENNETH JOHN, JR. |
| 92005362126766 | WEBRE, GWENDOLYN K |
| COMBINED SMALL CHECK | |

Date  07/20/2011        $ ***********2.10

~~~Two Dollars and 10/100

Pay to the Order of  U.S. Bankruptcy Court

*Ronald J. Hof, Trustee*

⑆00000111⑆ ⑉043302493⑉ 92005362126766⑈

7/22/11

DEPOSITED TO UNCLAIMED
UNDER $25.00.

DUE: AMERICAN IFOSOURCE LP

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 228862    - KW
* * C O P Y * *
July 22, 2011
   15:19:17

UNC.UNDER$25
   10-13629
Debtor.: KENNETH JOHN WEBRE
Trustee: Ronald Hof
Amount.:           $2.10 CH
Check#.: 111

Total-> $2.10

FROM: HOF

# RONALD J. HOF

**CHAPTER 7 TRUSTEE**
**U.S. BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

9905 JEFFERSON HIGHWAY
RIVER RIDGE, LOUISIANA 70123

TELEPHONE: (504)305-1591
E-MAIL: ronaldhof@cox.net

FILED
2011 JUL 22 P 1:47
CLERK
UNITED STATES
BANKRUPTCY COURT
NEW ORLEANS, LA

July 20, 2011

Marla Hamilton
Clerk of Court, U.S. Bankruptcy Court
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130

Re:  Kenneth John Webre, Jr., No. 10-13629

Dear Marla:

In accordance with Bankruptcy Rule 3010(a), please find enclosed a check in the amount of $2.10, representing a dividend in the above case in an amount less than $5.00. I am also enclosing my Claims Distribution Small Check report, which shows the claim and amount represented by this check. If you should need any additional information, please feel free to contact me.

Sincerely,

Ronald J. Hof

RJH/sao
enclosures

Printed: 07/20/11 11:43 AM                                                                                       Page: 1

# Claims Distribution Small Checks

**Trustee: Ronald J. Hof (380470)**

Case: 10-13629 - WEBRE, KENNETH JOHN, JR.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 0053621 26766 | 111 | 07/20/11 | 6 | 04/08/11 | 610 | Payee: U.S. Bankruptcy Court<br>American InfoSource LP as agent for | 123.28 | 123.28 | 2.10 | 2.10 |

Check Amount: $2.10

(*) Denotes objection to Amount Filed